United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA WARBURTON, et al., | No. C-06-1848 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | |
| Defendants / | |

Before the Court is plaintiff's Case Management Conference Statement, filed June 2, 2006, by which plaintiffs seek to continue the June 9, 2006 case management conference in the instant action by approximately 120 days. Plaintiffs state a continuance is necessary because they anticipates the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation, and because they has not yet served defendants. Because the instant action was filed March 9, 2006, the 120-day deadline for plaintiff to serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, has not yet elapsed.

//
//
//

Accordingly, for good cause shown, the June 9, 2006 case management conference is hereby continued to October 13, 2006 at 10:30 a.m.  A joint case management statement shall be filed no later than October 6, 2006.  The deadline to serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains in effect.

**IT IS SO ORDERED.**

Dated: June 6, 2006

MAXINE M. CHESNEY
United States District Judge