1  LAWRENCE J. GORNICK (SBN 136290)
   DENNIS J. CANTY (SBN 207978)
2  EMILY M. CHARLEY (SBN 238542)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, CA  94104
4  Telephone:  415-646-7160
   Facsimile:  415-981-1270
5

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARTHA M. WARBURTON,              | CASE NO. C 06 1848 MMC |
12 |            Plaintiff,             | ORDER DISMISSING THE ENTIRE ACTION |
   |                                   | WITHOUT PREJUDICE |
13 |        v.                         | |
14 |                                   | |
15 | ASTRAZENECA PHARMACEUTICALS,      | |
   | L.P., et al.                      | |
16 |            Defendants.            | |

17        Pursuant to Plaintiff's motion and the Order filed July 20, 2006 in the *Harkins v. AstraZeneca*

18 *Pharmaceuticals, L.P.,* et al. Case No. C 05 0566 MMC, the captioned action is hereby dismissed

19

20 without prejudice.

21

22        **IT IS SO ORDERED.**

23
   Dated: July 26, 2006
24                                      _____
                                        The Honorable Maxine M. Chesney
25                                      United States District Court Judge

26

27

28

                                     - 1 -